IDA E. ANDERSON, as Administratrix of the Estate of WILLIAM M. ANDERSON, Deceased, Respondent, *v.* JOHN A. CASEY COMPANY, Appellant.

*Anderson* v. *Casey Co.*, 136 App. Div. 361, affirmed.
(Argued January 25, 1911; decided February 14, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 9, 1910, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have been occasioned by the defendant's negligence.

*Edward P. Mowton* for appellant.

*De Lagnel Berier* and *James J. Macklin* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: VANN, J.